1  EDWARD A. TREDER
   State Bar No. 116307
2  MASUMI J. PATEL
   State Bar No. 233921
3  BARRETT DAFFIN FRAPPIER
4  TREDER & WEISS, LLP
5  20955 Pathfinder Road, Suite 300
   Diamond Bar, California 91765
6  (626) 915-5714 – Phone
7  (626) 915-0289 – Fax
   masumijp@bdfgroup.com
8  File No.: 20100134003724
9
   Attorneys for Defendant NDeX WEST, LLC
10

11         **UNITED STATES DISTRICT COURT**

12         **SOUTHERN DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| ALI SHAPOURI and LAURA AMANDA SHAPOURI,<br><br>                           Plaintiffs,<br><br>vs.<br><br>NDeX WEST, LLC, a Delaware Limited Liability Corporation; WELLS FARGO BANK, N.A., dba AMERICA'S SERVICING COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; and DOES 1-100, INCLUSIVE,<br><br>                           Defendants. | CASE NO. 3:11-cv-01699-W-MDD<br><br>Assigned to the Hon. Thomas J. Whelan<br><br>**DEFENDANT NDEX WEST, LLC'S RESPONSE TO PLAINTIFF'S MOTION TO SET ASIDE JUDGMENT**<br><br>DATE:      September 10, 2012<br>DEPT:      7<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1(d)(1)** |

25     Defendant NDeX WEST, LLC ("NDeX") hereby responds to Plaintiffs ALI

26  SHAPOURI's and LAURA AMANDA SHAPOURI's ("Plaintiffs") Motion To Set

27  Aside Judgment ("Motion.")

28

1     Plaintiffs bring this motion based on their attorneys' failure to file an Opposition
2  to Defendants WELLS FARGO BANK's and MORTGAGE ELECTRONIC
3  REGISTRATION SYSTEMS, INC.'s (collectively as "Defendants") Motion to
4  Dismiss.  Plaintiffs allege the Motion should be granted because due to their counsel's
5  "mistake, inadvertence, surprise, or excusable negligent" their counsel did not receive
6  a copy of Defendants' Motion to Dismiss. As a result, they were unaware of
7  Defendants' Motion and did not know Defendants had filed such a Motion until
8  receiving this Court's Judgment. Importantly, Plaintiffs admit they received and
9  opposed NDeX's Motion to Dismiss.

10     NDeX has no opposition to Plaintiffs' Motion as it pertains to the Defendants.
11  Should the Court be inclined to grant Plaintiffs the requested relief, NDeX respectfully
12  requests the Judgment be set aside as to Defendants only and not to NDeX.

13

14

15  Date:  August 10, 2012              By:     /s/ Masumi J. Patel
16                                              MASUMI J. PATEL, Attorneys for
17                                              Defendant NDeX WEST, LLC

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2      I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I

3    am employed in the city of Diamond Bar, California; my business address is 20599 Pathfinder Road; Ste 300; Diamond Bar, CA., County of Los Angeles.

4

On the date below, I served a copy of the following document(s):

5

6

## DEFENDANT NDEX WEST, LLC'S REQUEST TO APPEAR TELEPHONICALLY AT THE MOTIONS TO DISMISS PLAINTIFF'S SECOND AMEND COMPLAINT

7

on all interested parties in said case addressed as follows:

8

9                            **Served Via EM/CF Filing System**
Attorney for Plaintiffs

10       Veronica M. Aguilar (veronica@vaguilarlaw.com)
Law Offices of Veronica M. Aguilar

11                402 West Broadway, Ste 1900
San Diego, CA 92101

12

13                       Attorney for Defendant

14                  Wells Fargo Bank, NA
Mortgage Electronic Registration Systems, Inc.

15      Mark G. Rackers (mrackers@sheppardmullin.com)
Sheppard Mullin Richter & Hampton, LLP

16             501 West Broadway, 19th Floor
San Diego, CA 92101

17

18      I declare under penalty of perjury under the laws of the United States of America that the

19    foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena,

20    California, on **August 10, 2012**

21

22                         JC Lewis, Jr.

23

24

25

26

27

28